UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FORGE UNDERWRITING LTD.,

                Petitioner,                23 **CIVIL** 6201 (JLR)

     -against-                            **JUDGMENT**

AMTRUST FINANCIAL SERVICES, INC.,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 19, 2023, AmTrust's motion to compel arbitration is DENIED. The Court further GRANTS Forge's motion for a preliminary injunction as well as its request for a permanent injunction enjoining AmTrust from proceeding with the arbitration against Forge; accordingly, the case is closed.

**Dated**: New York, New York
         October 20, 2023

                                                    **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                   **BY:**

                                                       **Deputy Clerk**